KAMER ZUCKER ABBOTT
Carol Davis Zucker   #2543
Kaitlin H. Paxton   #13625
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
czucker@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH; et al., | Case No.: 2:21-cv-00498-JCM-EJY |
| Plaintiffs, | **STIPULATION AND REQUEST FOR STAY OF DISCOVERY FOR SEVENTY-FIVE (75) DAYS** |
| vs. | |
| HRE HOLDINGS, LLC, a Nevada limited liability company d/b/a Yong Kang Street; et al., | **First Request** |
| Defendants. | |

By and through their counsel below, Plaintiffs and Defendants stipulate and request an order as follows:

**A.    Facts Relevant to Stay Requested**

1.    Plaintiffs filed the Complaint on March 25, 2021.

2.    Defendants answered the Complaint on May 28, 2021.

3.    On July 12, 2021, the parties were due to file the proposed Discovery Plan and Scheduling Order.

4.    Defendants allege that: (i) the restaurant operated by Defendant YKS Paris, LLC, is closed and out of business; (ii) Defendants have had no revenue coming to Defendants for many months; (iii) Defendants are willing to put their resources into trying to resolve this case; and (iv)

Defendants understand the responsibilities of the Plaintiffs, who have obligations as fiduciaries.

5. The parties want to minimize to the extent possible the expenditure of monies for attorneys' fees.

6. Before engaging in formal discovery, the parties have agreed to engage in some informal discovery on issues related to the Plaintiffs' pending audit of the Defendants' records, which will allow Plaintiffs to firm up the amounts they seek from Defendants; and Defendants are making determinations relative to the individual Defendants' liability. The parties have already exchanged preliminary lists of documents and data each needs at this juncture. In fact, much of the informal discovery will be the same as the document and data discovery in this case.

7. Following production of the data and documents, and completion of the Plaintiffs' audit and Defendants' internal reviews and calculations, the parties intend to discuss possible resolution of this case and/or narrowing of the factual and legal issues.

8. Plaintiffs' counsel submitted a request for documents to Defendants' counsel by email on July 12, 2021, at 5:09 p.m., which included the following for the period April 1, 2019 through the date on which the restaurant operated by Defendant YKS Paris, LLC closed: (i) Payroll Registers/Ledgers/Individual Earnings Cards; (ii) IRS Forms W-2 and W-3; (iii) IRS Forms 941, 941C and 1099's; (iv) Seniority Lists; (v) Personnel files and/or other documentation which support employee job classifications; (vi) Time Cards; (vii) State Unemployment Tax Returns; and (viii) Cash Disbursement Journals.

9. Defendants allege that the documents and data needed by Plaintiffs are maintained by Defendants' accountant, who will be out of the country until August 2, 2021, and that, following that return to the office, two weeks will be needed to pull the information and data needed for the audit.

10. The parties agree that the data and documents requested by Plaintiffs for the audit will be produced by close of business on August 16, 2021.

11. In order to have time to perform the above without engaging in the expense of formal discovery, the parties agree a stay of discovery is in order.

12. This Stipulation is made for the purposes stated above and not for purposes of delay

or any other improper purpose.

**B.      Stay of Discovery**.

1.      The parties agree to stay discovery in this matter for seventy-five days from July 12, 2021, which is until **September 27, 2021**.

2.      Defendants will produce the documents requested by Plaintiffs for the audit by **August 16, 2021.**

3.      If the parties do not have an agreement to settle by September 27, 2021, the parties will file a Discovery Plan and Scheduling Order no later than **September 30, 2021**, which at this juncture the parties expect to file in compliance with LR 26-1(b). That document is already in draft form.

|  |  |
|---|---|
| DATED:  July 16, 2021 | DATED:  July 16, 2021 |
| CHRISTENSEN JAMES & MARTIN | KAMER ZUCKER ABBOTT |
| By:  /s/ Kevin B. Archibald<br>   Kevin B. Archibald    #13817<br>   Wesley J. Smith    #11871<br>   7440 West Sahara Avenue<br>   Las Vegas, Nevada  89117<br>   Tel:  (702) 255-1718<br>   Fax:  (702) 255-0871 | By:  /s/ Carol Davis Zucker<br>   Carol Davis Zucker    #2543<br>   Kaitlin H. Paxton   #13625<br>   3000 West Charleston Blvd., Suite 3<br>   Las Vegas, Nevada  89102<br>   Tel:  (702) 259-8640<br>   Fax:  (702) 259-8646 |
| Attorneys for Plaintiffs<br>Board of Trustees of UNITE<br>HERE Health, et al. | Attorneys for Defendants |

## ORDER

For the reasons stated above, and for good cause, it is hereby ordered as follows:

1.      Discovery is stayed until **September 27, 2021**.

2.      By **August 16, 2021**, Defendants will produce to Plaintiffs the documents requested by Plaintiffs in their counsel's email to defense counsel July 12, 2021, at 5:09 p.m.

/ / /

/ / /

3.     If the parties do not have an agreement to settle by September 27, 2021, the parties will file a Discovery Plan and Scheduling Order no later than **September 30, 2021**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 19, 2021