KAMER ZUCKER ABBOTT
Carol Davis Zucker         #2543
Kaitlin H. Paxton         #13625
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
czucker@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH; BOARD OF TRUSTEES OF SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST; BOARD OF TRUSTEES OF SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS HOUSING PARTNERSHIP; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS LEGAL SERVICE FUND f/k/a CULINARY AND BARTENDERS TIP EARNERS LEGAL ASSISTANCE FUND, <br><br>                Plaintiffs,<br>vs.<br><br>HRE HOLDINGS, LLC, a Nevada limited liability company d/b/a Yong Kang Street; HIG MANAGEMENT, LLC, a Nevada limited liability company d/b/a Yong Kang Street; YKS PARIS, LLC, a Nevada limited liability company d/b/a Yong Kang Street; YOLANDA WU, an individual; DAVID WU, an individual; BOBBY SABAS, an individual; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>                Defendants. | Case No.: 2:21-cv-00498-JCM-EJY<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br><br>**THIRD REQUEST** |

Plaintiffs and Defendants, each acting by and through their undersigned counsel, respectfully submit this Stipulation and Order for Stay of Discovery (Third Request) ("Stipulation and Order"). This Stipulation and Order constitutes the parties' third request for such an extension and is being entered in good faith and not for the purpose of improper delay.

**A.  BACKGROUND**

1. Plaintiffs filed the Complaint on March 25, 2021.

2. Defendants answered the Complaint on May 28, 2021.

3. On November 5, 2021, the parties were due to file the proposed Discovery Plan and Scheduling Order.

4. Defendants allege that: (i) the restaurant operated by Defendant YKS Paris, LLC, is closed and out of business; (ii) Defendants have had no revenue coming to Defendants for many months; (iii) Defendants are willing to put their resources into trying to resolve this case; and (iv) Defendants understand the responsibilities of the Plaintiffs, who have obligations as fiduciaries.

5. The parties want to minimize to the extent possible the expenditure of monies for attorneys' fees.

6. On July 16, 2021, the Parties filed a Stipulation and Request for Stay of Discovery for Seventy-Five (75) Days (First Request) to allow (i) the parties to informally exchange data and documents, (ii) the Plaintiffs time to perform an audit and firm up the amounts they seek from Defendants, (iii) the Defendants to make determinations relative to the individual Defendants' liability, and (iv) the parties the opportunity to discuss the possibility of settlement. The Court entered its Order Granting the Stipulation on July 19, 2021.

7. The parties have exchanged preliminary documents and data, much of which they believe will be the same as the document and data discovery in this Case.

8. Following Defendants' production of the data and documents, Plaintiffs performed an audit and provided the Defendants with preliminary findings.

9. On October 8, 2021, the court granted a stay until November 5, 2021.

10. Since that time, the parties have exchanged settlement proposals and are still discussing settlement.

11. The parties intend to discuss possible resolution of this case and/or narrowing of the factual and legal issues.

12. In order to have time to perform the above without engaging in the expense of formal discovery, the parties agree that an extended stay of discovery is necessary.

13. This Stipulation is made for the purposes stated above and not for purposes of delay or any other improper purpose.

**B.  STAY OF DISCOVERY**

1. The parties agree to stay discovery in this matter for fourteen (14) day, from November 6, 2021 through **November 19, 2021**.

2. If the parties do not reach an agreement to settle by November19, 2021, the parties will file a Discovery Plan and Scheduling Order no later than **November 29, 2021**, which at this juncture the parties expect to file in compliance with LR 26-1(b). That document is already in draft form.

DATED:  5 NOVEMBER 2021

CHRISTENSEN JAMES & MARTIN, CHTD.

By: /s/ *Kevin B. Archibald*

Kevin B. Archibald, Esq.
Nevada Bar No. 13817
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel:  (702) 255-1718
Fax:  (702) 255-0871
Email: kba@cjmlv.com

*Attorneys for Plaintiffs Board of Trustees of UNITE HERE Health, et al.*

DATED:   5 NOVEMBER 2021

KAMER ZUCKER ABBOTT

By:  /s/*Carol Davis Zucker*

Carol Davis Zucker, Esq.
Nevada Bar No. 2543
Kaitlin H. Paxton
Nevada Bar No. 13625
3000 W. Charleston Blvd., Ste. 3
Las Vegas, Nevada 89102
Tel:  (702) 259-8640
Fax:  (702) 259-8646
Email: czucker@kzalaw.com
Email: kpaxton@kzalaw.com

*Attorneys for Defendants HRE Holdings, LLC, et al.*

**ORDER**

For the reasons stated above, and for good cause, IT IS HEREBY ORDERED as follows:

1. The Stipulation and Order to Stay Discovery (ECF No. 15) is GRANTED.

2. Discovery is stayed until November 29, 2021.

3. If the parties do not have an agreement to settle by November 29, 2021, the parties will file a Discovery Plan and Scheduling Order no later than November 29, 2021.

IT IS FURTHER ORDERED that the Stipulation and Request for Stay of Discovery for Seventy-Five (75) Days (ECF No. 12) is DENIED as moot.

IT IS FURTHER ORDERED that the Stipulation and Order to Stay Discovery (ECF No. 14) is DENIED as duplicative of ECF No. 15.

Dated: November 8, 2021.

_____
UNITED STATES MAGISTRATE JUDGE