**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com, kba@cjmlv.com,
*Attorneys for Board of Trustees of UNITE HERE Health, et al.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH, *et al*., <br><br> Plaintiffs, <br><br> vs. <br><br> HRE HOLDINGS, LLC, a Nevada limited liability company d/b/a Yong Kang Street, *et al*., <br><br> Defendants. | CASE NO.: 2:21-cv-00498-JCM-EJY <br><br> **STIPULATION AND ORDER FOR STAY OF DISCOVERY** <br><br> **(SIXTH REQUEST)** |

Plaintiffs and Defendants, each acting by and through their undersigned counsel, respectfully submit this Stipulation and Order for Stay of Discovery (Sixth Request) ("Stipulation and Order"). This Stipulation and Order constitutes the parties' sixth request for such an extension and is being entered in good faith and not for the purpose of improper delay.

**A.   BACKGROUND**

1.   Plaintiffs filed the Complaint on March 25, 2021.

2.   Defendants answered the Complaint on May 28, 2021.

3.   On November 29, 2021, the parties were due to file the proposed Discovery Plan and Scheduling Order.

4.   Defendants allege that: (i) the restaurant operated by Defendant YKS Paris, LLC, is closed and out of business, the lease for the restaurant space having been terminated; (ii) Defendants have had no revenue coming to Defendants for many months; (iii) Defendants

are willing to put their resources, including monetary, into trying to resolve this case; (iv) Money put into attorney's fees and costs to engage in discovery will most likely negatively affect the resources available for settlement; and (v) Defendants understand the responsibilities of the Plaintiffs, who have obligations as fiduciaries.

5. The parties want to minimize to the extent possible the expenditure of monies for attorneys' fees.

6. On July 16, 2021, the Parties filed a Stipulation and Request for Stay of Discovery for Seventy-Five (75) Days (First Request) to allow (i) the parties to informally exchange data and documents, (ii) the Plaintiffs time to perform an audit and firm up the amounts they seek from Defendants, (iii) the Defendants to make determinations relative to the individual Defendants' liability, and (iv) the parties the opportunity to discuss the possibility of settlement. The Court entered its Order Granting the Stipulation on July 19, 2021.

7. The parties have exchanged preliminary documents and data, much of which they believe will be the same as the document and data discovery in this Case. Defendants produced approximately 1,016 pages of documents to Plaintiffs, that took some time to gather.

8. Following Defendants' production of the data and documents, Plaintiffs performed an audit and provided the Defendants with the findings.

9. On October 7, 2021, November 5, 2021, November 29, 2021, and February 3, 2021, the Parties filed subsequent Stipulations and Orders for Stay of Discovery to allow the parties additional time to discuss settlement. The Court's Orders stayed Discovery until March 7, 2022, and allowed them until March 14, 2022, to file a Discovery Plan and Scheduling Order.

10. The parties have agreed to settlement terms, have exchanged draft settlement documents, including a Stipulation to Dismiss the Case asking the Court to retain jurisdiction to enforce the settlement terms.

11. The parties anticipate that a further 14-day extension will be sufficient for the parties to finalize, execute and file the settlement documents with the Court, as needed.

12. This Stipulation is made for the purposes stated above and not for purposes of delay or any other improper purpose.

**B.   STAY OF DISCOVERY**

1. The parties agree to stay discovery in this matter for fourteen (14) days from March 14, 2022 through March 28, 2022.

2. If the parties do not have an agreement to settle and have not filed to dismiss the Case by March 28, 2022, the parties will file a Discovery Plan and Scheduling Order no later than April 4, 2022, which at this juncture the parties expect to file in compliance with LR 26-1(b). That document is already in draft form.

| CHRISTENSEN JAMES & MARTIN, CHTD. | KAMER ZUCKER ABBOTT |
|---|---|
| By: */s/ Kevin B. Archibald* <br> Kevin B. Archibald, Esq. (NV Bar 13817) <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Tel: (702) 255-1718 <br> Email: kba@cjmlv.com <br> *Attorneys for Plaintiffs Board of Trustees of UNITE HERE Health, et al.* | By: */s/ Kaitlin H. Paxton* <br> Kaitlin H. Paxton (NV Bar 13625) <br> 3000 W. Charleston Blvd., Ste. 3 <br> Las Vegas, Nevada 89102 <br> Tel: (702) 259-8640 <br> Email: kpaxton@kzalaw.com <br> *Attorneys for Defendants HRE Holdings, LLC, et al.* |
| DATED: March 14, 2022 | DATED: March 14, 2022 |

**ORDER**

For the reasons stated above, and for good cause, it is hereby ordered as follows:

1. Discovery is stayed until March 28, 2022.

2. If the parties do not have an agreement to settle and have not filed to dismiss the Case by March 28, 2022, the parties will file a Discovery Plan and Scheduling Order no later than April 4, 2022.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 14, 2022

-3-